**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA**

**RICHMOND DIVISION**

**In re:  Linwood Pernell Richardson**          Case Number: 05-33516
                                                Chapter :   13


**REPORT OF DEPOSIT OF UNCLAIMED FUNDS**
_____

    Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The unclaimed funds represent the dividend(s) due and payable to:

    **_____**                          **Amount of Dividend**
    **Linwood Pernell Richardson**                              $ 5.35
    **P O Box 332**
    **Ashland, VA  23005**


**Dated: August 27, 2010**                       \S\ Robert E. Hyman
                                                 _____
                                                 **(Signature of Trustee)**


                                                 **Robert E. Hyman
                                                 Standing Chapter 13 Trustee
                                                 P.O. Box 1780
                                                 Richmond, VA. 23218-1780**